CASE LOMBARDI & PETTIT
A LAW CORPORATION

TED N. PETTIT                         4287-0
Email:  tnp@caselombardi.com
MARK G. VALENCIA            6783-0
Email:  mgv@caselombardi.com
STEPHANIE M. SEGOVIA      10856-0
Email:  sms@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii  96813
Tel. No.: (808) 547-5400  |  Fax No.:  (808) 523-1888

Attorneys for Plaintiff
CONCRETE CORING COMPANY OF HAWAII,
A PENHALL COMPANY, A CALIFORNIA CORPORATION

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| CONCRETE CORING COMPANY OF HAWAII, A PENHALL COMPANY, A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID M. ALISA AND PACIFIC CONCRETE & CORING, INC. DBA NATIONAL CONCRETE SAWING, A HAWAII CORPORATION<br><br>Defendants. | CIVIL NO.: 19-00422-SOM-WRP<br><br>STIPULATED ORDER FOR STAY OF LITIGATION AND COURT DEADLINES |

STIPULATED ORDER FOR STAY
OF LITIGATION AND COURT DEADLINES

Plaintiff Concrete Coring Company of Hawaii, A Penhall Company, A California Corporation ("Plaintiff") and Defendants David M. Alisa ("Alisa") and Pacific Concrete & Coring, Inc. dba National Concrete Sawing, A Hawaii Corporation (collectively "Defendants"), by and through their respective counsel and for themselves, hereby stipulate and agree as follows:

A. On August 6, 2019, Plaintiff filed its Complaint against Defendants and the Defendants were served with the Complaint;

B. The Complaint, among other things, concerns Plaintiff's claims of (1) Breach of Contract by Alisa pursuant to the noncompetition covenant in the Proprietary Information and Confidentiality Agreement dated May 2, 2015 by and between Plaintiff, as employer, Alisa, as employee, (the "Agreement"); (2) Breach of Contract by Alisa for Confidentiality pursuant to the Agreement; (3) Actual and Threatened Misappropriation of Trade Secrets against all Defendants pursuant to 18 U.S.C. section 1836; and (4) Actual and Threatened Misappropriation of Trade Secrets against all Defendants pursuant to Hawaii Revised Statute section 482B;

C. On September 6, 2019, a Stipulated Order for Preliminary Injunction and Permanent Injunction Against Defendants David M. Alisa and

        Pacific Concrete & Coring, Inc. was filed herein.  Dkt #7;

D.    The parties have entered into a Confidential Settlement Agreement that, among other things, pending completion and satisfaction of any and all obligations, conditions and covenants contained in the Confidential Settlement Agreement, all proceedings, hearings and court deadlines in this case are hereby stayed for a period of one year from the date of this Stipulation and Order;

E.    In approximately one year from the date of this Stipulation, the parties will submit for filing a Stipulation and Order for Dismissal Without Prejudice; and

F.    The Court shall retain jurisdiction over the interpretation, implementation or any dispute related to or concerning the Confidential Settlement Agreement.

///

///

///

///

///

///

///

DATED: Honolulu, Hawaii, September 25, 2019.

| /s/ Mark G. Valencia | /s/ Kale Feldman |
|---|---|
| MARK G. VALENCIA, ESQ. | KALE FELDMAN, ESQ. |
| Attorney for Plaintiff | Attorney for Defendants |
| CONCRETE CORING COMPANY | DAVID M. ALISA, and |
| OF HAWAII, A PENHALL | PACIFIC CONCRETE & CORING, INC. |
| COMPANY, A CALIFORNIA | dba NATIONAL CONCRETE SAWING, A |
| CORPORATION | HAWAII CORPORATION |

APPROVED AND SO ORDERED.

DATED, HONOLULU, HAWAII, OCTOBER 3, 2019.



Wes Reber Porter
United States Magistrate Judge

---

Civil No.:19-00422 SOM-WRP; *Concrete Coring Company of Hawaii, A Penhall Company, A California Corporation v. David M. Alisa, et al.*; STIPULATED ORDER FOR STAY OF LITIGATION AND COURT DEADLINES