IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CONCRETE CORING COMPANY ) <br> OF HAWAII, A PENHALL ) <br> COMPANY, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> DAVID M. ALISA, et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | CV 19-00422 SOM-WRP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION
FOR EXTENSION OF STIPULATED ORDER FOR PRELIMINARY
INJUNCTION AGAINST DEFENDANTS, ECF NO. 52

Findings and Recommendation having been filed and served on all parties on September 14, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Deny Plaintiff's Motion For Extension of Stipulated Order For Preliminary Injunction Against Defendants, ECF No. 52" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge